# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2630 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | Board File No. C1-17-44 |
| | : | |
| v. | : | Attorney Reg. No. 37862 |
| | : | |
| ERIC J. LINDER, | : | (Philadelphia County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of August, 2019, following consideration of the response to this Court's Rule to Show Cause, the Rule is made absolute.  It is further provided that:

    1.  Respondent is placed on temporary suspension until further definitive action by this Court;

    2.  Respondent shall comply with the provisions of Pa.R.D.E. 217;

    3.  The President Judge of the Court of Common Pleas of Philadelphia County shall enter such orders as may be necessary to protect the rights of Respondent's clients or fiduciary entities with which he is involved, *see* Pa.R.D.E. 217(g); and

    4.  All financial institutions in which Respondent holds fiduciary funds shall freeze such accounts pending further action.

    Respondent's rights to petition for dissolution or amendment of this order and to request accelerated disposition of charges underlying this order pursuant to Pa.R.D.E. 208(f)(6) are specifically preserved.

This Order constitutes an imposition of public discipline pertaining to confidentiality.  *See* Pa.R.D.E. 402.